UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARTER TOWNSHIP OF CLINTON POLICE AND FIRE RETIREMENT SYSTEM, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>LPL FINANCIAL HOLDINGS INC.; et al.,<br><br>Defendants. | Case No.:  16-cv-685-BTM-BGS<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS WITH PREJUDICE**<br><br>**[ECF No. 46]** |

//
//
//
//
//
//
//
//

1

Pending before the Court is the parties' Joint Motion to Dismiss. (ECF No. 46). The parties have mutually agreed not to pursue any appeal of any Court order in this action, or assert any further claim against the other party for fees, expenses, costs, sanctions, and/or any other claim that the action was brought or defended in bad faith or without a reasonable basis. (ECF No. 46 ¶¶ 1-2). Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), this action is hereby dismissed with prejudice, each party to bear their own attorneys' fees and costs. The Clerk of the Court is instructed to close this case.

IT IS SO ORDERED.

Dated: April 22, 2019

/s/ Barry Ted Moskowitz
Honorable Barry Ted Moskowitz
United States District Judge